May 28, 2015

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791

Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 03 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

Re: In the Matter of the Marriage of
Jimmie Fontenot and Doris Fontenot
Case Number 12-15-00110-CV
Trial Court Case Number 14-1726-E

1- Rules governing this request are:
TEX. R. APP. P 10.5 and 9.5

2- Grounds for motion - I am a disabled, sixty-five year old lady. My husband of twenty-five years abandoned me because I was sick. I'm trying to survive on my Social Security Disability check and monthly support. I have doctor co-pays and medicine cost of $500 per month plus co-pay of any procedures. I am in the final stages of mitochondrial disease which means that all the soft tissue in my body is dying. My cells no longer produce the energy needed to function which affects multiple organs of my body - I have had two strokes and suffer from mitochondrial metabilism disorder, chronic pain, asthma, osteoarthritis, pituitary microadenoma, hyperlipemia, hypertension, hiatal hernia, central hypothyroidism, diabetes mellitos type 2, I have intravenous iron infusion every four months, deterioration of muscles

is bad enough that they are squeezing my nerves to cause my pain to worsen and my colon is not working properly.

3- I am requesting a probono attorney to help me appeal the divorce. My attorney for the divorce, Beau Sinclair, did not use anything I gave him, but chose to lie. He told me what he planned less than twenty-four hours before my Final Hearing. I believe he had niether the time or inclination to prepare my case properly, so he chose the easy way for himself — essentially "throwing me under the bus".

Affidavitt of Indigence already mailed to the Twelfth Court of Appeals May 6, 2015

copy: Smith County Courthouse
Jimmie Fontenot

Phone 225-654-4392
e-mail dorisnell1949@yahoo.com